UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMES STEWART-BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:19-cv-00499-JPH-DLP |
| CHRISTOPHER D. HOLCOMB, et al. | ) ) ) |
| Defendants. | ) |

**ENTRY GRANTING STAY AS TO DEFENDANT ARNOLD
AND EXTENDING DISPOSITIVE MOTION DEADLINE**

Defendant Arnold's motion to stay proceedings as to the claims brought against him, dkt. [37], is **granted** because he is on active military duty. The claims against defendant Arnold are **STAYED** until December 7, 2020.

The deadline to file any dispositive motion (motion for summary judgment) is **extended through January 5, 2021.**

**SO ORDERED.**

Date: 9/30/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

JAMES STEWART-BEY
110604
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

David C. Dickmeyer
INDIANA ATTORNEY GENERAL
David.Dickmeyer@atg.in.gov

Archer Riddick Randall Rose
INDIANA ATTORNEY GENERAL
archer.rose@atg.in.gov